UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: )
Clifford E. Hendrix, ) Chapter 7
 ) STATEMENT OF CHANGE
Debtor (s) ) Case #  11-07151-JW
_____ )

    The debtor(s), through counsel hereby file the attached amended   Schedule F and would show that the purpose of the Amendment is to:
1. Correctly state the real property taxes that the debtor's corporations owe Abbeville County Treasurer and Lexington County Treasurer.
2. Show that the debtor is a personal guarantor to JW Hendrix on a mortgage to JW Hendrix for $55,000.
3. To Show that the debtor is a personal guarantor for two loans to TD Bank

   .  The debtor(s) assert that all interested parties have been served with this Statement of Change. Amendment and Amended schedule F  as evidenced by the attached Certificate of Service.

/s/ Carol M. Elliott
Carol M. Elliott
1513 Leesburg Road
Columbia, South Carolina   29209
(803)783-4800
Attorney for Debtor(s)

Columbia, South Carolina

Date: December 16, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Clifford E. Hendrix

Chapter 7

AMENDMENT

Debtor(s)

Case # 11-07151

In accordance with Bankruptcy Rule 1009, the undersigned hereby amends Schedule **F** and Mailing Matrix as follows:

see Amended Schedule F

Dated: 12/16/11

_Clifford E Hendrix_
Debtor

_____
Debtor

## CERTIFICATE OF MAILING

This will certify that I have mailed a copy of the foregoing Amendment and _____ to the Chapter 13 Trustee (if applicable), the U.S. Trustee (unless case is a Chapter 13) and the following: **N/A**

this **16th** Day of **December**, 2011

_Carol M. Elliott_
Law Office of Carol M. Elliott
1513 Leesburg Road
Columbia, SC 29209

IN RE Hendrix, Clifford E. _____   Case No. 11-07151 _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Abbeville County Tax Treasurer<br>PO Box 38<br>Abbeville, SC 29620 | | H | real property taxes owed on property located at 213 Lee Street, Calhoun Falls, SC (2010 and 2011) | | | | 1,400.00 |
| ACCOUNT NO. 2520<br>Airlines Pilots Assn FCU<br>PO Box 4521<br>Carol Stream, IL 60197-4521 | | | | | | | 9,455.46 |
| ACCOUNT NO. 0095<br>Delta Community Credit Union<br>PO Box 20541<br>Atlanta, GA 30320 | | H | | | | | 9,547.31 |
| ACCOUNT NO.<br>JW Hendrix<br>3456 Leaphart Road<br>West Columbia, SC 29169 | | H | JW Hendrix holds a mortgage on the property 831 Woodberry Road, Lexington, SC | | | | 55,000.00 |
| 1 continuation sheets attached | | | | | Subtotal (Total of this page) | | $ 75,402.77 |
| | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Hendrix, Clifford E. _____    Case No. 11-07151
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Lexington County Treasurer<br>212 Southlake Drive, Suite 101<br>Lexington, SC 29072 | | H | real property taxes due on the property located at 3456 Leaphart Road (investment property owned by Hendrix and Hendrix, LLC) | | | | 21,033.00 |
| ACCOUNT NO Hendrix<br>McLaren And Lee<br>PO Box 11809<br>Columbia, SC 29211-1809 | | H | | | | | 117,532.88 |
| ACCOUNT NO 9001<br>TD Bank<br>Operations Center<br>PO Box 5600<br>Lewiston, ME 04243 | | H | Mortgage on real property located at 590 Foxbriar Road, Newberry, SC (sold September 30, 2011) and mortgage on 213 Lee Street, Calhoun Falls, SC (debtor to surrender) (owned by Vector Properties, LLC) | | | | 50,000.00 |
| ACCOUNT NO. 9001<br>TD Bank<br>Operations Center<br>PO Box 5600<br>Lewiston, ME 04243 | | H | 10.0 Acres located at 3456 Leaphart Road West Columbia, South Carolina owned by Hendrix and Hendrix LLC (for which the debtor is a 48% owner) | | | | 205,822.93 |
| ACCOUNT NO. 3928<br>USAA Mastercard<br>10750 McDermott Fwy<br>San Antonia, TX 78288-0570 | | H | | | | | 15,415.67 |
| ACCOUNT NO 3767<br>Utilities Employees CU<br>PO Box 14864<br>Reading, PA 19612-4864 | | H | | | | | 12,777.47 |
| ACCOUNT NO | | | | | | | |

Sheet no ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 422,581.95

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 497,984.72